

**ORDERED in the Southern District of Florida on August 6, 2014.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                Case No. 14-10549-BKC-LMI

OSVALDO CEPERO,

                                                                         Chapter 13

        Debtor.
_____/

## ORDER SANCTIONING ATTORNEY DANIA FERNANDEZ

This matter came before the Court on May 29, 2014 upon the Motion for Relief from Stay (ECF #43) filed by Creditor CF EB LLC.

1. For the reasons stated on the record, Dania S. Fernandez, Esq. must pay $350.00 to Andrew R. Herron, Esq.

2. Payment should be made within 30 days of the date of this Order.

Copy to:
Dania S. Fernandez, Esq.
Andrew S. Herron, Esq.

*The Clerk of Court serve a copy of this Order upon all parties in interest.*